UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WILLIAMS, et al., | Case No. 2:16-cv-01860-GMN-NJK |
| Plaintiff(s), | ORDER |
| vs. | |
| NATIONAL DEFAULT SERVICING CORPORATION, et al., | |
| Defendant(s). | |

Plaintiffs appeared in this action on August 5, 2016, Docket No. 1, but failed to file a certificate of interested parties as required by Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1. Accordingly, the Court expressly ordered Plaintiffs to file a certificate of interested parties no later than August 27, 2016. Docket No. 4. Plaintiffs did not comply with that order. Accordingly, Plaintiffs were ordered to show cause in writing, no later than September 15, 2016, why sanctions should not be imposed in a court fine of up to $500, or alternatively to file a certificate of interested parties by that date. Docket No. 15. To date, Plaintiffs have failed to comply.

Accordingly, the Court hereby **ORDERS** Plaintiffs to show cause in writing, no later than October 7, 2016, why their case should not be dismissed for failing to file a certificate of interested parties as required by the local rules and for failing to comply with the orders requiring them to do so. Once again, Plaintiffs may instead file a certificate of interested parties by that date, in which case a further response to this order to show cause need not be filed. To the extent there are not interested parties other than those appearing in this case, a simple statement to that effect will suffice.

1 **Failure to comply with this order will result in a recommendation that this case be dismissed**

IT IS SO ORDERED.

DATED: September 23, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge

2