# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WILLIAMS, et al.,<br><br>        Plaintiff(s),<br><br>vs.<br><br>NATIONAL DEFAULT SERVICING CORPORATION, et al.,<br><br>        Defendant(s). | Case No. 2:16-cv-01860-GMN-NJK<br><br>ORDER<br><br>(Docket No. 21) |

    Pending before the Court is Plaintiffs' motion for entry of default judgment. Docket No. 21. Defendant Duke Partners, LLC filed a response in opposition, and Plaintiffs filed a reply. Docket Nos. 26, 30. Plaintiffs are litigating this matter *pro se*, and the Court construes their filings liberally. *See, e.g.*, *Berhardt v. Los Angeles County*, 339 F.3d 920, 925 (9th Cir. 2003). Obtaining a default judgment is a two-step process, by which the movant must first obtain default. *See, e.g.*, *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986); Fed. R. Civ. P. 55. The Court **CONSTRUES** Plaintiffs' motion as seeking entry of default.[1] Default may be entered when a party has failed to plead or otherwise defend. Fed. R. Civ. P. 55(a). In this case, Defendant Duke Partners, LLC has filed two motions to dismiss and a motion to remand. Docket Nos. 14, 19, 22.

//

//

---

[1] To the extent Plaintiffs intended their motion to seek relief other than default or default judgment, the motion is **DENIED** without prejudice.

1   Based on the circumstances, the motion for default will be **DENIED**.

2   IT IS SO ORDERED.

3   DATED:   October 4, 2016

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge