# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WILLIAMS, et al., | |
| Plaintiff(s), | Case No. 2:16-cv-01860-GMN-NJK |
| vs. | ORDER |
| NATIONAL DEFAULT SERVICING CORPORATION, et al., | |
| Defendant(s). | |

Pending before the Court is a motion to stay discovery pending resolution of various motions, filed by Defendant Duke Partners II, LLC. Docket No. 47. Any response to that motion shall be filed no later than November 2, 2016, and any reply shall be filed no later than November 4, 2016. In the interim, discovery shall be stayed pending resolution of the motion to stay.

IT IS SO ORDERED.

DATED: October 25, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge