UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONALD WILLIAMS, JANN WILLIAMS, ) <br> ) <br> Plaintiffs, ) <br> vs. ) <br> NATIONAL DEFAULT SERVICING CORP., ) <br> *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:16-cv-01860-GMN-NJK <br><br> **ORDER** |

On January 1, 2017, the Court dismissed the claims of Plaintiffs Ronald and Jann Williams (collectively, "Plaintiffs") and entered judgment in favor of Defendants National Default Servicing Corporation, Duke Partners II, LLC, Michael A. Bosco, Wendy Van Luven, and Carmen Navejas (collectively, "Defendants"). (*See* Order, ECF No. 76). Plaintiffs appealed, but the Court of Appeals for the Ninth Circuit affirmed this Court's decision. (*See* Mandate of USCA, ECF No. 84).

On July 10, 2020, Plaintiffs filed a Motion for Order Compelling Department and Federal Agencies Compliance with the "Rights" Accorded the Movants by the Crime Victims' Rights Act, and According to Proof, the Mandatory Restitution Act ("Motion for Order"), (ECF No. 89), which the Court denied. (*See* Minute Order, ECF No. 90). In response to this denial, Plaintiff Ronald Williams emailed[1] the Court indicating that the Motion for Order was misfiled in the present case, and instead, was intended to be filed in 2:20-cv-01320-KJD-NJK.[2] The

---

[1] Plaintiff Ronald Williams's email is attached to this Order.

[2] The Court notes that Plaintiffs' Motion for Order, (ECF No. 89), which Ronald Williams claims was improperly addressed in this case and should have been addressed in 2:20-cv-01320-KJD-NJK, was actually filed electronically in this case before the other case, 2:20-cv-01320-KJD-NJK, was even opened. (*See* 2:20-cv-01320-KJD-NJK, Notice, ECF No. 2 (showing that the case was filed on July 16, 2020)); (Receipt of Payment,

Court construes this correspondence as a Motion to Set Aside and Rescind the Court's Order, (ECF No. 90), due to a clerical error.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Set Aside and Rescind the Order, (ECF No. 90), is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Order Compelling Department and Federal Agencies Compliance with the "Rights" Accorded the Movants by the Crime Victims' Rights Act, and According to Proof, the Mandatory Restitution Act, (ECF No. 89), is **WITHDRAWN**.

**IT IS FURTHER ORDERED** that this Court's Order, (ECF No. 90), is **VACATED**.

**DATED** this   28   day of December, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

---

ECF No. 7).  Furthermore, Plaintiffs submitted their Motion for Order without a case number, instead merely labeling it as "No. \_\_\_\_\_."  Nevertheless, the Court finds it appropriate to provide relief.